# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| JAMES LENNIE CUTTING, JR., ) | |
| ) | |
| **Plaintiff** ) | |
| v. ) | Civil No. 09-423-P-S |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| **Defendant** ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 11) filed June 23, 2010, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the Commissioner's decision is **AFFIRMED**.

       /s/ George Z. Singal
      United States District Judge

Dated this 15th day of July, 2010.